Eastern District of Kentucky
FILED
SEP 28 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:12-cr-113-KSF

UNITED STATES OF AMERICA            PLAINTIFF

V.            **PLEA AGREEMENT**

MLS POWERSPORTS, LLC            DEFENDANT

\* \* \* \* \*

1. Pursuant to Federal Rule of Criminal Procedure 11(c), the Defendant will enter a guilty plea to Count 1 of the Information, charging a violation of 31 U.S.C. § 5324(a)(3) and (d), Structuring Transactions to Evade Reporting Requirements. In exchange, the United States agrees that it will not file any additional charges against the Defendant or its members pertaining to the structuring violations detailed in the Information and the Statement of Facts outlined herein.

2. The essential elements of Count 1 are:

   (a) The defendant knowingly structured, attempted to structure, or assisted in structuring a currency transaction;

   (b) The defendant knew of the domestic financial institution's legal obligation to report transactions in excess of $10,000; and

   (c) The purpose of the structured transaction was to evade that reporting obligation.

3. As to Count 1, the United States could prove the following facts that establish the essential elements of the offense beyond a reasonable doubt, and the Defendant admits these facts:

- (a) MLS Powersports, LLC ("the LLC") is owned by Mark and Patricia Smith, husband and wife. The LLC sells all-terrain recreational vehicles. Mark Smith is the registered agent of the LLC. Mark and Patricia Smith are the registered "organizers" of the LLC, and are members of the LLC empowered to effect transactions and conduct business on its behalf. Patricia Smith is the bookkeeper and responsible for most of the financial transactions including bank deposits. Occasionally, Mark Smith made deposits for the LLC.

- (b) The Defendant knew of the reporting requirements regarding currency deposits over $10,000 and knowingly structured currency deposits to avoid those reporting requirements.

- (c) The LLC has one active bank account located at the Central Bank and Trust Company in Lexington, Kentucky account number ****4606. Between June 10, 2010, and March 14, 2011, ten (10) currency deposits were made, by Patricia Smith or Mark Smith on the LLC's behalf, in the amount of $9,000 or greater and a total of sixteen (16) structured currency deposits were made into account number ****4606 totaling $106,700.

4. The maximum statutory punishment is a fine of not more than $500,000. A mandatory special assessment of $400 applies, and the Defendant will pay this assessment to the U.S. District Court Clerk as directed by the Court.

5. The Defendant agrees to have the MLS Powersports, LLC, member who signs this plea agreement on behalf of MLS Powersports, LLC, present in Court to enter the guilty plea.

6. The Defendant agrees to provide to the United States a resolution signed by all MLS Powersports, LLC, members agreeing to the plea agreement prior to the date of

arraignment in this matter. The Defendant understands the resolution will be attached to this Plea Agreement for review by the Court.

7. The Defendant waives the right to appeal and the right to attack collaterally its guilty plea, conviction, and sentence, including any order of restitution or fine.

8. The Defendant and its members agree to pay a money judgment for $20,536.83 alleged in the forfeiture allegation in the Information. The Defendant acknowledges that these funds constitute property (or funds traceable thereto) involved in violations of 31 U.S.C. § 5324 and are therefore subject to forfeiture to the United States pursuant to 31 U.S.C. § 5317 and/or 18 U.S.C. § 981.

9. If the Defendant violates any part of this Agreement, the United States may void this Agreement and seek an indictment for any violations of federal laws, and the Defendant waives any right to challenge the initiation of additional federal charges.

10. This document contains the complete and only Plea Agreement between the United States Attorney for the Eastern District of Kentucky and the Defendant, MLS Powersports, LLC. The United States has not made any other promises to the Defendant other than those contained within this Plea Agreement.

11. This Agreement does not bind United States Attorney's Offices in other districts, or any other federal, state, or local prosecuting authorities.

12. The Defendant and the Defendant's attorney acknowledge that the Defendant understands this Agreement, that the Defendant's attorney has fully explained this Agreement to the Defendant, and that the Defendant's entry into this Agreement is voluntary.

KERRY B. HARVEY
UNITED STATES ATTORNEY

Date: 28 Sept 2012    By: _____
Robert K. McBride
Assistant United States Attorney

Date: 8/29/12    _____
MLS Powersports, LLC
Defendant

Date: 8/29/12    _____
Joyce Merritt
Attorney for Defendant

**APPROVED**, this 28TH day of Sept, 2012.

_____
UNITED STATES DISTRICT JUDGE